JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| TORY D. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>THE HARBOR AT ORANGE COAST COLLEGE, et. al.,<br><br>Defendant. | Case No. SACV 26-00227-DSF (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: October 27, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE